## McAVOY· v. BOTHWELL.

### No. 11,744; September 27, 1886.

#### 12 Pac. 161.

**Appeal—Failure to File Transcript.—Appeal will be Dismissed,** in pursuance of rules 3 and 4 of the California supreme court, for failure to file transcript, on clerk's certificate of that fact.

APPEAL from Superior Court, County of Alameda.

Judgment in the lower court having been rendered for plaintiff, defendant gave notice of appeal. On the expiration of the statutory time for filing the transcript, plaintiff moved to dismiss for failure to file the transcript within the proper time, under rules 3 and 4 of the supreme court, and presented the certificate of the lower court stating the fact that such transcript had not been filed as required by such rules.

W. Whitmore for appellant, Bothwell; B. McFadden for respondent, McAvoy.

By the COURT.—Application, on clerk's certificate, to dismiss an appeal for failure to file the transcript in time. The application is granted.